EMMA J. WEBER, Respondent, *v.* CITIZENS' TRUST COMPANY OF UTICA, Appellant.

*Weber* v. *Citizens' Trust Co. of Utica*, 145 App. Div. 903, affirmed.
(Argued February 13, 1913; decided March 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 17, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a certificate of deposit.

*T. Harvey Ferris* for appellant.

*George W. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ASTLEY ATKINS, Appellant.

*People* v. *Atkins*, 155 App. Div. ——, affirmed.
(Argued February 13, 1913; decided March 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1913, which affirmed a judgment of the Oneida County Court convicting the defendant of the crime of grand larceny in the first degree.

*Everett E. Risley* for appellant.

*Bradley Fuller* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.